**Opinion filed December 5, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00339-CV
_____

## JULIA NORWICH, Appellant/Cross-Appellee

## V.

## JACK N. MOUSA, LTD., DONALD S. BELT, AND PERMIAN HOSPITALITY GROUP, LLC, Appellees/Cross-Appellants

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-16-02-0106-CV**

## M E M O R A N D U M   O P I N I O N

Cross-Appellants have filed in this court a motion to dismiss their cross-appeal. In the motion, Cross-Appellants indicate that they no longer desire to appeal the trial court's October 17, 2019 ruling. Therefore, in accordance with Cross-Appellants' request, we dismiss their cross-appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the cross-appeal is dismissed. The remainder of this appeal, as filed by Julia Norwich, remains active.

PER CURIAM

December 5, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.